**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES EX REL. CURTIS VAN STUYVESANT,

                    Plaintiff,

    -against-                                  24 **CIVIL** 3598 (PAE)

                                                                       **JUDGMENT**

LAURA TAYLOR SWAIN; JENNIFER ROCHON; LEWIS A. KAPLAN; COLLEEN MCMAHON; LORETTA PRESKA; NAOMI REICE BUCHWALD; DEBRA FREEMAN; RUBY KRAJICK; DEBRA ANN LIVINGSTON; CATHERINE O'HAGAIN WOLF,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 20, 2024, The Court dismisses Stuyvesant's claims against Laura Taylor Swain, Jennifer Rochon, Lewis A. Kaplan, Colleen McMahon, Loretta A. Preska, Naomi Reice Buchwald, Debra Freeman, Debra Ann Livingston, Ruby Krajick and Catherine O'Hagan Wolf, and denies his petition in full. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, this case is closed.

**Dated:**  New York, New York

       June 21, 2024

                                                       **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**

                               **BY:**
                                                        **Deputy Clerk**